UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE ESPAR ANTITRUST LITIGATION			ORDER

					15-MC-0940 (JG) (JO)
					15-CV-3872 (JG) (JO)

-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Allan Steyer, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 15, 2015, Mr. Steyer shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Steyer shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Steyer shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated:  Brooklyn, New York
       July 8, 2015

					_____/s/_____
					JAMES ORENSTEIN
					U.S. Magistrate Judge