UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE ESPAR ANTITRUST LITIGATION                    ORDER

                                                               15-MC-0940 (JG) (JO)
                                                               15-CV-3872 (JG) (JO)

-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Donald Scott Macrae, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By July 16, 2015, Mr. Macrae shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Macrae shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Macrae shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated:  Brooklyn, New York
          July 9, 2015

                                                                         _____/s/_____
                                                                      JAMES ORENSTEIN
                                                                       U.S. Magistrate Judge